## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In Re:   ROBERT J KUZMA　　　　　　　　　　　　　　Case No.:   08-03785-8-JRL
　　　　　LORA A KUZMA

### REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *ALLIANCE CREDIT UNION*<br>*3315 ALMADEN   STE 55*<br>*SAN JOSE, CA 95118* | $15.98 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  August 5, 2010

　　　　　　　　　　　　　　　　　　　　　/S/ RICHARD M. STEARNS
　　　　　　　　　　　　　　　　　　　　　RICHARD M. STEARNS
　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Post Office Box 2218
　　　　　　　　　　　　　　　　　　　　　Kinston, North Carolina 28502
　　　　　　　　　　　　　　　　　　　　　Phone:  (252) 523-2295